■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOAQUIN COLON, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Battisti, J.), rendered June 15, 1984, convicting him of criminal possession of stolen property in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's belated objection on appeal to the trial court's refusal to include certain language requested by his codefendant in its charge has not been preserved for our review in the absence of an exception by this defendant (CPL 470.05 [2]). Nor do we believe that the interest of justice requires our review of the issue. Thompson, J. P., Bracken, Brown and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN CUDDY, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered August 5, 1986, convicting him of driving while intoxicated, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant pleaded guilty knowingly and voluntarily with the understanding that he would receive the sentence imposed and did not seek to withdraw his plea prior to sentencing *(see, People v Pellegrino,* 60 NY2d 636; *People v Kazepis,* 101 AD2d 816). Under the circumstances of this case, the court's imposition of the mandatory minimum fine of $500 (Vehicle and Traffic Law § 1192 [5]) was not unconstitutionally excessive as applied to this defendant. Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.